**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANGELIQUE TILGHMAN**                                                       **PLAINTIFF**

v.                     **CASE NO. 3:17-CV-00335 BSM**

**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, et al.**                                       **DEFENDANTS**

## ORDER

Tilghman's motion to compel what could be more than 100,000 documents from Allstate [Doc. No. 18] is denied because the request is overly broad and out of proportion to the needs of this case. *See Vallejo v. Amgen, Inc.*, 903 F.3d 733, 742 (8th Cir. 2018) (the proportionality of discovery must be considered when resolving disputes).

This battle to the death began when Allstate, Tilghman's uninsured motorist carrier, offered to pay her $40,000 and not the $50,000 policy limit, after Tilghman was in a car accident that produced $406.81 in property damage. The parties are now engaging in what appears to be tens of thousands of dollars worth of litigation and discovery, including this discovery dispute in which over 120 pages, exclusive of exhibits, were filed. While the parties are free to spend as much time and money fighting as they please, they are admonished to carefully consider the discovery issues they can resolve by themselves and the ones they should raise in motions.

IT IS SO ORDERED this 9th day of April 2019.

                                                                                              UNITED STATES DISTRICT JUDGE