*Fourth Edition*

# THE
# CERVICAL SYNDROME

*By*

## RUTH  JACKSON, B.A., M.D., F.A.C.S.

*Assistant Clinical Professor*
*of Orthopaedic Surgery*
*Southwestern Medical School of*
*The University of Texas, Dallas*
*Consulting Orthopaedic Surgeon*
*Baylor Medical Center*
*Consultant, Parkland Memorial Hospital*
*Formerly, Chief of Orthopaedic Surgery*
*Parkland Hospital and*
*Instructor in Orthopaedic Surgery*
*Baylor University College of Medicine*
*Dallas, Texas*





EXHIBIT

23

# CHARLES  C  THOMAS  ·  PUBLISHER
*Springfield  ·  Illinois  ·  U.S.A.*

*Published and Distributed Throughout the World by*
CHARLES C THOMAS • PUBLISHER
Bannerstone House
301-327 East Lawrence Avenue, Springfield, Illinois, U.S.A.   ⋮

This book is protected by copyright. No part of it
may be reproduced in any manner without written
permission from the publisher.

© *1956, 1958, 1966, 1971, and 1978 by* CHARLES C THOMAS • PUBLISHER
ISBN 0-398-03696-9
Library of Congress Catalog Card Number: 77-22261


First Edition, 1956
Second Edition, First Printing, 1958
Second Edition, Second Printing, 1963
Second Edition, Third Printing, 1965
Third Edition, First Printing, 1966
Third Edition, Revised Second Printing, 1971
Third Edition, Third Printing, 1976
Fourth Edition, 1977

*With THOMAS BOOKS careful attention is given to all details of
manufacturing and design. It is the Publisher's desire to present books that
are satisfactory as to their physical qualities and artistic possibilities and
appropriate for their particular use. THOMAS BOOKS will be true to those
laws of quality that assure a good name and good will.*

**Library of Congress Cataloging in Publication Data**

Jackson, Ruth.
   The cervical syndrome.

   (American lecture series)
   Bibliography: p.
   Includes index.
   1. Cervical syndrome. I. Title. [DNLM:
1. Cervical vertebrae—Injuries. 2. Cervico-
brachial neuralgia. 3. Whiplash injuries. WE708 J13c]
RC422.C4J33          616.7'3          77-22261
ISBN 0-398-03696-9

*Printed in the United States of America*
*C-1*

160                          *The Cervical Syndrome*

of other parts of the body may overshadow or mask an injury of the neck. How many times have we had patients with fractures of the wrists or arms who complain of neck and suprascapular pain, for which the sling is blamed!

If the patient has had a recent injury, it is important to know when and how it occurred. A large percentage of patients has been involved in vehicular crash accidents, and one should determine the type of collision—rear-end, head-on or at the side. It is important to know the position of the patient in the car at the time of the impact. Was the patient the driver of the car or was he a passenger in the front or rear seat? Was he looking straight ahead or was his head or body turned to one side at the time of the impact? Was he thrown from the car? Did his head or any part of his body hit a stationary part of the car? The answers to these questions may give some clue concerning the severity of the injury to the neck.

Not infrequently, symptoms of injury of the cervical spine develop following a fall. It is important to know where the patient fell and how he fell. He may have fallen from a height landing on his head and neck and shoulder, or he may have fallen because his feet slipped from under him, or because he turned his ankle or because he lost his balance. He may or may not have hit his head on a stationary object as he fell. At any rate, one should determine the cause of the fall and how the patient landed.

A blow on the head, face, neck, or back from a falling object or from a swinging object, which may have been man-powered or otherwise, may have produced the injury.

There are other mechanisms of injury such as sudden pulls or thrusts on one or both arms, contact sports, diving, somersaults, or turning or jerking the head suddenly.

### Symptoms

The symptoms referable to the cervical spine may have occurred immediately following an injury or the symptoms may have appeared a few hours, days or even weeks after the injury. They may have appeared suddenly or they may have come on gradually.