IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELIQUE TILGHMAN                                                      PLAINTIFF

v.                          CASE NO. 3:17-CV-00335 BSM

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                       DEFENDANT

## ORDER

Allstate Property and Casualty Insurance Company's ("Allstate") objection to Angelique Tilghman's deposition designations [Doc. No. 85] are sustained in part. The Power Point slides created by Dr. Harshfield may be used as demonstrative aids if they meet the usual criteria for demonstrative aids. The slides will not be admissible as substantive evidence unless a proper foundation is laid.

Tilghman's objections to Allstate's use of depositions and videotapes [Doc. No. 86] during voir dire, opening statements, or closing arguments is sustained. Her objections to Allstate's specific designations of David Harshfield's deposition are overruled.

IT IS SO ORDERED this 3rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE