IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELIQUE TILGHMAN                                                         PLAINTIFF

v.                              CASE NO. 3:17-CV-00335 BSM

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                          DEFENDANT

## ORDER

Angelique Tilghman's motion to continue and for reconsideration [Doc. No. 89] is denied. The motion comes less than a week before trial, even though summary judgment was resolved over six months ago. The motion to reconsider the order denying summary judgment is denied for the reasons set out in that order. *See* Order, Doc. No. 67. The continuance is denied because this case was first filed in state court in 2012 and it is well past time this case go to trial.

IT IS SO ORDERED this 11th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE