**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANGELIQUE TILGHMAN**                                                **PLAINTIFF**

**v.**                          **CASE NO: 3:17-CV-00335 BSM**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on March 20, 2020, following five days

of trial, judgment is entered in favor of plaintiff Angelique Tilghman and against defendant

Allstate Insurance Company in the amount of $12,000.

IT IS SO ORDERED this 23rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE