IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELIQUE TILGHMAN**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 3:17-CV-00335 BSM**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                                            **DEFENDANT**

## ORDER

The request for a new trial [Doc. No. 110] is denied. A new trial will not be granted *sua sponte*. If the plaintiff files a formal motion for a new trial, it will be considered after the defendant has an opportunity to respond.

IT IS SO ORDERED this 21st day of April 2020.

_____
UNITED STATES DISTRICT JUDGE